IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

NATESSA GUYTON            PLAINTIFF

V.            CIVIL ACTION NO. 1:19-CV-149-SA-DAS

QUALITY HEALTHCARE, LLC,
VERLENCIA R. MYERS, and JETUWAN BROWN            DEFENDANTS

ORDER DISMISSING ACTION

The Court was advised that this action should be dismissed per the Parties Stipulation of Dismissal [32] filed on April 17, 2020. Therefore, it is not necessary that the action remain on the calendar of the Court.

IT IS ORDERED that this action be DISMISSED *with prejudice*. This case is CLOSED.

This the 23nd day of April, 2020.

           /s/ Sharion Aycock
           UNITED STATES DISTRICT JUDGE